**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| YUZEF DAVYDOV, on behalf of himself and all others similarly situated,<br><br>                    Plaintiffs,<br><br>         -against-<br><br>ZWICKER & ASSOCIATES, P.C.,<br><br>                    Defendant. | Case No.  1:17-cv-05182-PKC-PK<br><br>**STIPULATION OF SETTLEMENT AND DISMISSAL** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s), that the above-entitled action against Defendant shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated:   Brooklyn, New York
             November 27, 2017

By: /s/ Joseph H. Mizrahi
Joseph H. Mizrahi, Esq.
Joseph H. Mizrahi Law, P.C.
300 Cadman Plaza West, 12th Floor
Brooklyn, New York 11201
(917) 299-6612
Fax: (718) 425-8954
Joseph@Jmizrahilaw.com
*Attorney for Plaintiff*

By: /s/ Arthur Sanders
Arthur Sanders, Esq.
Barron & Newburger, PC
30 South Main Street
New City, New York 10956
(845) 499-2990
Alt: (512) 476-9103, x-247
asanders@bn-lawyers.com
*Attorney for Defendant*